No. 862.   MCQUAY-NORRIS MANUFACTURING CO. *v.* NA-
TIONAL LABOR RELATIONS BOARD.   April 14, 1941.   Peti-
tion for writ of certiorari to the Circuit Court of Appeals
for the Seventh Circuit denied.   *Messrs. Alan W. Boyd,
Kurt F. Pantzer,* and *Charles M. Wells* for petitioner.
*Solicitor General Biddle* and *Mr. Robert B. Watts* for
respondent.

No. 769.   WALSH *v.* JOHNSTON, WARDEN.   April 28,
1941.   Petition for writ of certiorari to the Circuit Court
of Appeals for the Ninth Circuit, and motion for leave
to proceed further *in forma pauperis,* denied.   *Mr. A. W.
Boyken* for petitioner.

No. 835.   MANGIARACINO *v.* LACLEDE STEEL CO.   April
28, 1941.   Petition for writ of certiorari to the Supreme
Court of Missouri denied for the reason that application
therefor was not made within the time provided by law.
Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940).
*Mr. Leo Lyng* for petitioner.   *Mr. Lyle M. Allen* for re-
spondent.

No. 854.   PHILLIPS PETROLEUM CO. *v.* TAYLOR ET AL.
April 28, 1941.   Petition for writ of certiorari to the Cir-
cuit Court of Appeals for the Fifth Circuit denied.   MR.
JUSTICE DOUGLAS took no part in the consideration and
decision of this application.   *Messrs. H. D. Emery* and
*Rayburn L. Foster* for petitioner.

No. 855.   HIRSON, PERMANENT RECEIVER, *v.* KOCH.
April 28, 1941.   Petition for writ of certiorari to the Cir-
cuit Court of Appeals for the Second Circuit denied.   MR.